**Richard TEPLICK, Plaintiff—Appellant,**

**v.**

**THE BOEING COMPANY EMPLOYEE HEALTH AND WELFARE BENEFIT PLAN, an Erisa employee welfare benefit plan, Defendant—Appellee.**

No. 04–35690.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Nov. 16, 2005.

Decided Dec. 2, 2005.

James S. Coon, Esq., Swanson, Thomas & Coon, Portland, OR, for Plaintiff–Appellant.

Bruce C. Hamlin, Thomas W. Sondag, Esq., [Ret] William T. Patton, Esq., Lane Powell, P.C., Portland, OR, for Defendant–Appellee.

Before: KLEINFELD and GRABER, Circuit Judges, and MOSKOWITZ,* District Judge.

MEMORANDUM **

Teplick never moved to supplement the record to provide evidence rebutting the magistrate judge's report and recommendation.[1] Before this Court, Teplick admitted that he did not have any additional evidence to submit. Because he failed to attempt to provide additional evidence to the district court, Teplick has waived any claim of prejudice regarding the development of the facts or scope of review.

Teplick did not establish that his disability made him unable to perform his old job or any other job.

AFFIRMED.

---

\* The Honorable Barry Ted Moskowitz, United States District Judge for the Southern District of California, sitting by designation.

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

1. Cf. *Mongeluzo v. Baxter Travenol Long Term Disability Benefit Plan*, 46 F.3d 938, 943–944 (9th Cir.1995).